**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 349 WAL 2020
                                     :
           Respondent           :
                                       :  Petition for Allowance of Appeal
                                     :  from the Order of the Superior Court
            v.                 :
                                     :
                                     :
ULYSSES S. DIAZ,                 :
                                     :
           Petitioner             :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**. Petitioner's requests for remand to the PCRA court are **DENIED** as moot. The application of attorney Michael Harmon for leave to withdraw as counsel is **GRANTED**.